UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| DARRELL PATRICK and MARIAN PATRICK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LIBERTY MUTUAL GROUP, INC., | ) ) |
| Defendant. | ) ) ) |

No. 7:21-CV-74-REW-EBA

JUDGMENT

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The Court **DENIES** DE 59;

2. The Court **GRANTS** DE 60;

3. The Court **DISMISSES** Plaintiffs' Complaint **WITH PREJUDICE**; and

4. The Court **STRIKES** the matter from its active docket.

This the 26th day of September, 2024.

Signed By:
*Robert E. Wier*  REW
**United States District Judge**

1